**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAROLYN PETERSON-DAILY,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF ASBURY PARK, ASBURY PARK MUNICIPAL COURT JUDGE RONALD J. TROPPOLI (SUCCESSOR OF JUDGE DANIEL J. DIBENEDETTO), ASBURY PARK MUNICIPAL COURT ADMINISTRATOR JOANNE PILLIOD, ASBURY PARK MUNICIPAL COURT PROSECUTOR JAMES N. BUTLER, JR.; JOHN DOE(S) 1-10 (fictitious individuals presently unknown); and ABC CORP(S) 1-10 (fictitious corporations presently unknown),<br><br>            Defendants. | CIVIL ACTION NO. 3:23-cv-21148<br><br>Motion returnable:<br>November 4, 2024<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS THE COMPLAINT OF PLAINTIFF FOR FAILURE TO STATE A CLAIM**<br><br>**ORAL ARGUMENT REQUESTED** |

To:    Victoria A. Lucido, Esq.
       Aloia Law Firm
       2 Broad Street
       Suite 407
       Blooomfield, NJ 07003
       Attorneys for Plaintiff

     PLEASE TAKE NOTICE that on November 4, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, Cleary Giacobbe Alfieri & Jacobs, LLC, attorneys for the defendants, City of Asbury Park, Asbury Park Municipal Court Judge Ronald J. Troppoli (Successor Of Judge Daniel J. Dibenedetto), Asbury Park Municipal Court Administrator Joanne Pilliod, Asbury Park Municipal Court Prosecutor James N. Butler, Jr., ("Defendants"), shall move before the Honorable Justin T. Quinn, U.S.M.J. at 402 East State Street, Trenton, New Jersey 08608, for an Order granting

Defendants' motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) and Fed. R. Civ. P. 12(h)(2) to dismiss the complaint of the plaintiff, Carolyn Peterson-Daily for failure to state a claim.

PLEASE TAKE FURTHER NOTICE that Defendants shall rely upon the Certification and Brief submitted herewith.

PLEASE TAKE FURTHER NOTICE that a copy of all moving papers have been filed with the Court electronically.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is enclosed herewith.

Dated:   October 11, 2024

By: /s/ *Anthony P. Seijas*
    Anthony P. Seijas, Esq.
    **CLEARY GIACOBBE ALFIERI JACOBS, LLC**
    Attorneys for Defendants,
    City Of Asbury Park, Asbury Park Municipal Court Judge Ronald J. Troppoli (Successor Of Judge Daniel J. Dibenedetto), Asbury Park Municipal Court Administrator Joanne Pilliod, Asbury Park Municipal Court Prosecutor James N. Butler, Jr.
    169 Ramapo Valley Road, UL 105
    Oakland, NJ 07436
    Tel.: 973-845-6700
    Fax: 201-644-7601
    E-mail: aseijas@cgajlaw.com